UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-00617-JRG

Name of party requesting extension: Amazon.com, Inc.

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/7/24

Number of days requested:   ☐ 30 days
☐ 15 days
✔ Other 45 days

New Deadline Date: 10/14/24   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jennifer Librach Nall
State Bar No.: Texas 24061613
Firm Name: DLA Piper LLP (US)
Address: 303 Colorado St., Suite 3000
Austin, TX 78701

Phone: (512) 457-7000
Fax: (512) 457-7001
Email: jennifer.nall@us.dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.