# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HYPERQUERY LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00617-JRG-RSP |
| | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by HyperQuery ("Plaintiff"). (Dkt. No. **9**.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 9th day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE